Joshua W. Potter, SBN: 101253
POTTER, COHEN & SAMULON
3852 E. Colorado Boulevard
Pasadena, CA  91107
Phone: (626) 795-0681
Facsimile: (626) 795-0725
jpotter@pottercohenlaw.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. DUSTMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:09-CV-00875-GSA<br><br>**ORDER ON STIPULATION TO EXTEND BRIEFING SCHEDULE** |

The parties' stipulation to continue Plaintiff's time to file his Opening Brief by thirty (30) days, from December 25, 2009 to January 24, 2010, and that all other dates set forth in the Scheduling Order be extended accordingly is accepted.


Dated: January 5, 2010          /s/ Gary S. Austin
                                UNITED STATES MAGISTRATE JUDGE

1